UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Department of Natural Resources et al., <br><br> Plaintiffs, <br><br> v. <br><br> The White Earth Band of Ojibwe and Hon. David A. DeGoat, *in his official capacity as judge of the White Earth Band of Ojibwe Tribal Court*, <br><br> Defendants. | Case No. 21-cv-1869 (WMW/LIB) <br><br> **BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

On August 24, 2021, Plaintiffs filed a motion for preliminary injunction. (Dkt. 5.) The Court establishes the following briefing schedule to address Plaintiffs' motion:

1. Defendants shall file any responsive brief no later than **Friday, August 27, 2021, at 5:00 p.m.** The response brief shall not exceed the word limits imposed by Local Rule 7.1(f). No reply will be permitted.

2. The Court will hear argument on the motion on **Wednesday, September 1, 2021, at 11:00 a.m.** in Courtroom 7A of the Saint Paul Federal Courthouse. This will be an in-person hearing.

3. Plaintiffs shall *immediately* serve Defendants with a copy of (1) the summons and complaint, (2) Plaintiffs' motion and supporting documents, and (3) this Order. Plaintiffs shall file proof of such service on ECF.

Dated: August 24, 2021

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge