UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Department of Natural Resources, Commissioner Sarah Strommen, Deputy Commissioner Barb Naramore, DNR Section Manager Randall Doneen, Unnamed DNR Conservation Officers 1-10,<br><br>    Plaintiffs,<br><br>v.<br><br>The White Earth Band of Ojibwe and Hon. David A. DeGroat, in his official capacity as Judge of the White Earth Band of Ojibwe Tribal Court,<br><br>    Defendants | Case No. 21-cv-1869 (WMW/LIB)<br><br>**Plaintiffs' Notice of Appeal** |

Pursuant to Fed. R. App. P. 3(c)(1) and 4(a), notice is given that all Plaintiffs appeal to the United States Court of Appeals for the Eighth Circuit from the District Court's orders denying the Plaintiffs' motion for a preliminary injunction, dismissing the Plaintiffs' complaint *sua sponte* for lack of subject matter jurisdiction, and denying the Plaintiffs' request for permission to file a motion to reconsider. (Doc. Nos 20 & 25).

Dated: September 10, 2021

Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota

s/ Colin O'Donovan
OLIVER J. LARSON  (No. 0392946)
COLIN P. O'DONOVAN (No. 0396349)
Assistants Attorney General

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1265 (Voice)
(651) 297-1235 (Fax)
oliver.larson@ag.state.mn.us
colin.odonovan@ag.state.mn.us

ATTORNEYS FOR PLAINTIFFS