# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Minnesota Department of Natural Resources, Sarah Strommen, Barb Naramore, Randall Doneen, Unamed DNR Conservation Officers *1-10*, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | |
| | Case Number:  21-cv-01869-WMW-LIB |
| White Earth Band of Ojibwe, The, Hon. David A. DeGroat, | |
| Defendant(s). | |

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiffs' motion for a preliminary injunction, (Dkt. 5), is **DENIED**.

2. Plaintiffs' complaint, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

Date: 9/13/2021                                                                                    KATE M. FOGARTY, CLERK