UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

No: 21-3050

_____

Minnesota Department of Natural Resources; Sarah Strommen, Commissioner; Barb Naramore, Deputy Commissioner; Ronald Doneen, DNR Section Manager; Unnamed, Conservation Officers 1-10

Plaintiffs - Appellants

v.

The White Earth Band of Ojibwe; Hon. David A. DeGroat, in his official capacity as judge of the White Earth Band of Ojibwe Tribal Court

Defendants - Appellees

------------------------------

Bay Mills Indian Community; Lac Courte Oreilles Band of Lake Superior Chippewa Indians of null; Lac du Flambeau Band of Lake Superior Chippewas; Red Cliff Band of Lake Superior Chippewa; Red Lake Band of Chippewa Indians; Sault Ste. Marie Tribe of Chippewa Indians; St. Croix Chippewa Indians of Wisconsin

Amici on Behalf of Appellee(s)

Appeal from U.S. District Court for the District of Minnesota
(0:21-cv-01869-WMW)

**JUDGMENT**

Before SMITH, Chief Judge, GRUENDER and KOBES, Circuit Judges.

Pursuant to the Stipulation for Dismissal of the parties, the appeal is dismissed as moot and remanded to the district court with instructions to vacate the September 13, 2021 judgment. Mandate shall issue forthwith.

August 10, 2022

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans