UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Department of Natural Resources et al., | Case No. 21-cv-01869 (WMW/LIB) |
| Plaintiffs, | **ORDER TO VACATE** |
| v. | |
| The White Earth Band of Ojibwe et al., | |
| Defendants. | |

The United States Court of Appeals for the Eighth Circuit entered judgment in the appeal of this action on August 10, 2022.  (Dkt. 33.)  The Eighth Circuit's judgment dismissed Plaintiffs' appeal as moot and remanded the matter with instructions to vacate this Court's September 13, 2021 judgment.  Based on the files, records and proceedings herein, **IT IS HEREBY ORDERED** that the September 13, 2021, judgment, (Dkt. 27), is **VACATED**.

Dated:  August 24, 2022                                    s/Wilhelmina M. Wright
                                                                                                             Wilhelmina M. Wright
                                                                                                             United States District Judge